# Court of Appeals
# of the State of Georgia

ATLANTA,   September 15, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0043.  CAROL WILKERSON v. THE STATE.**

On April 4, 2016, Carol Wilkerson entered a guilty plea to six offenses in the Bulloch County Superior Court.  On April 8, 2016, she filed a pro se notice of appeal in the superior court, indicating her wish to appeal her convictions to this Court.  Approximately four months later, Wilkerson mailed a copy of her notice of appeal to this Court, and we docketed it as an application for discretionary appeal.

The file-stamp on the notice of appeal indicates that Wilkerson successfully filed the document in the superior court four days after entry of her judgment of conviction, thereby initiating a direct appeal.[1]  Although it is not clear why she also mailed a copy of the notice of appeal to this Court, nothing in the notice indicates any desire on Wilkerson's part to pursue an application for discretionary appeal here.  Therefore, we hereby DISMISS this application for discretionary appeal as having been improvidently docketed.[2]

---

[1] That appeal has not yet been transmitted to this Court.

[2]  Even if we were to consider the notice of appeal as an application for discretionary appeal, we would have to dismiss it as untimely, as Wilkerson mailed it to this Court more than 30 days after entry of her judgment of conviction.  See OCGA § 5-6-35 (d) (application for discretionary appeal must be filed within 30 days of entry of the challenged judgment).



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,*   09/15/2016

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

       *Stephen E. Castlen*    *, Clerk.*